**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**SHAWN EGGSWARE,**

                **Plaintiff,**                **1:22-cv-77**
                                                         **(GLS/DJS)**

        v.

**OPRAH WINFREY et al.,**

                **Defendants.**
_____

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Shawn Eggsware
Pro Se
66 2nd Street
Waterford, NY 12188

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed March 10, 2022. (Dkt. No. 5.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 5)

is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and it is further

**ORDERED** that plaintiff is afforded thirty (30) days from the date of this Order to file an amended complaint. Any amended complaint must be a complete and separate pleading. Plaintiff must state all of his claims in the new pleading and may not incorporate by reference, any part of his original complaint; and it is further

**ORDERED** that, if plaintiff files an amended complaint, such proposed amended complaint will be referred to the Magistrate Judge for initial review; and it is further

**ORDERED** that if plaintiff fails to file an amended complaint within the time permitted, the clerk is directed to close this case without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 28, 2022
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge